No. 930. CHESAPEAKE & OHIO RAILWAY CO. *v.* RICH-ARDSON. May 5, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Ben B. Wickham* for petitioner. *Mr. M. C. Harrison* for respondent.

No. 929. ROLAND *v.* PORT COMPRESS CO. May 12, 1941. Petition for writ of certiorari to the County Court of Nueces County, Texas, and motion for leave to proceed further *in forma pauperis*, denied. *James W. Roland, pro se.* *Mr. Frank M. Kemp* for respondent.

No. 910. SHUSHAN *v.* UNITED STATES;

No. 911. NEWMAN ET AL. *v.* UNITED STATES;

No. 912. MILLER *v.* UNITED STATES; and

No. 913. WAGUESPACK *v.* UNITED STATES. May 12, 1941. The motion for leave to file a supplemental petition in No. 911 is granted. The petitions for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit are denied. MR. JUSTICE MURPHY took no part in the consideration and decision of these applications. *Mr. Hugh M. Wilkinson* for petitioner in No. 910. *Messrs. Morris L. Ernst, James J. Magner, David V. Cahill, Isaac S. Heller, Theodore S. Jaffin,* and *Benjamin Kaplan* for petitioners in No. 911. *Messrs. Warren O. Coleman* and *Edward R. Schowalter* for petitioner in No. 912. *Mr. W. J. Waguespack, Jr.* for petitioner in No. 913. *Assistant Solicitor General Fahy, Assistant Attorney General Berge,* and *Messrs. Oscar A. Provost, Harold Rosenwald,* and *Fred E. Strine* for the United States. Reported below: 117 F. 2d 110.

No. 916. WEIL ET AL. *v.* UNITED STATES. May 12, 1941. Petition for writ of certiorari to the Circuit Court